UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N. ANDERSON, et al.,<br>Plaintiffs,<br>v.<br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,<br>Defendants. | No. 2:26-cv-00486-TLN-CKD<br><br>**ORDER** |

On August 18, 2026, the magistrate judge filed findings and recommendations (ECF No. 35), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 31, 2026, Plaintiff filed objections to the findings and recommendations. (ECF No. 37.) On September 22, 2026, the magistrate judge filed further findings and recommendations (ECF No. 39), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On October 05, 2026, Plaintiffs filed objections to the findings and recommendations (ECF No. 40).

The Court has considered all objections raised.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. The Court has carefully reviewed the file,

including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF Nos. 35, 39) are ADOPTED IN FULL.

2. Defendants California Department of Social Services and Dianna Wagner's motion to dismiss (ECF No. 11) is GRANTED.

3. Defendants Butte County, Butte County Department of Social Services, and Lynette Dorman's motion to dismiss the first amended complaint (ECF No. 21) is GRANTED.

4. The first amended complaint (ECF No. 9) is DISMISSED without leave to amend.

5. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE